JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA A.[1], an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 5:18-02061 ADS<br><br><br>JUDGMENT OF DISMISSAL |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] The Complaint, and thus the docket caption, do not name the Commissioner. The parties list Nancy A. Berryhill as the Acting Commissioner in the Joint Submission. On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

-1-

1 | In accordance with the Memorandum Opinion and Order, Dkt. No. 22, filed
2 | concurrently herewith,
3 | IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4 | Social Security is affirmed, and this action is dismissed with prejudice.

DATE: March 13, 2020

          /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge